UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAIMON MCGUIRE, | Case No. 2:24-cv-09909-DSF-KES |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 41). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss Plaintiff's Fourth Amendment claims (Dkt. 34) is GRANTED with prejudice, and the motion is DENIED in all other respects.

DATED: May 7, 2025

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE